**Angela BERNHARDT, Plaintiff–Appellant,**

v.

**COUNTY OF LOS ANGELES, Defendant–Appellee,**

Laurence D. Rubin, Justice of the California Court of Appeal, Second Appellate District, Division 8, Movant.

No. 09–55534.

United States Court of Appeals,
Ninth Circuit.

Submitted April 7, 2010.*

Filed April 9, 2010.

Michael Raley Mitchell, Tarzana, CA, pro se.

Richard K. Kudo, Los Angeles, CA, for Defendant–Appellee.

Sarah Lee Overton, Cummings McClorey Davis Acho and Associates, Riverside, CA, for Movant.

Before: FERNANDEZ, SILVERMAN, and GRABER, Circuit Judges.

MEMORANDUM **

Angela Bernhardt appeals the district court's grant of summary judgment in favor of Los Angeles County in her 42 U.S.C. § 1983 civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

The district court did not err by granting summary judgment. Bernhardt's claims for damages and prospective relief are premised on her purported right to transfer her 42 U.S.C. § 1988 right to seek attorney's fees to her attorney. However, she has no such right and any such transfer would be void as a matter of law. *See Pony v. County of Los Angeles,* 433 F.3d 1138, 1144–45 (9th Cir.2006).

AFFIRMED.

Before: FERNANDEZ, SILVERMAN, and GRABER, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

